[Civ. No. 8415. First Appellate District, Division Two.—July 25, 1932.]

B. MILANO, Respondent, v. F. RATTO et al., Appellants.

George R. Perkins for Appellants.

W. H. Clay for Respondent.

SPENCE, J.—This is a companion case to *Milano* v. *Bulleri*, (No. 8414) *ante*, p. 72 [13 Pac. (2d) 521], in which the opinion was this day filed. ▪ The appellant owners in the present case defaulted in the trial court and a judgment decreeing foreclosure of the lien was entered. The appeal in this case is submitted upon the briefs in *Milano* v. *Bulleri*. For the reasons stated in the opinion in said last-named case, the appeal herein is dismissed.

Nourse, P. J., and Sturtevant, J., concurred.